| Defendant: | **Conductor LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112949 | $50,000.00 | 3/3/2023 | 106904 | 6/16/2022 | $145,500.00 |

| | | | |
|---|---|---|---|
| **Totals:** | **1 transfer(s),** | **$50,000.00** | |